MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone: (415) 436-6888
 Fax:       (415) 436-6748
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KWANZA EDWARDS, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> TIMOTHY L. SMITH, <br><br> Respondent. | C No. 10 4850 <br><br> VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

Petitioners, the UNITED STATES OF AMERICA and its Revenue Officer, KWANZA EDWARDS, allege and petition as follows:

1. This proceeding is brought and this Court has jurisdiction hereof under Sections 7402(b) and 7604(a) of the Internal Revenue Code (26 U.S.C. §§ 7402 and 7604).

2. Petitioner KWANZA EDWARDS is and at all times mentioned herein was an employee and agent of the Internal Revenue Service of the United States Department of the Treasury authorized by the Secretary of the Treasury to perform the duties and take the actions described in Sections 7602 and 7603 of the Internal Revenue Code (26 U.S.C. §§ 7602 and 7603), under Treasury Regulations §§ 301.7602-1 and 301.7603-1 (26 C.F.R. §§ 301.7602-1 and 301.7603-1).

3. Petitioner KWANZA EDWARDS is and at all times mentioned herein was attempting in the course of authorized duties to make a Collection Information Statement for TIMOTHY L. SMITH for the 2008 calendar year and the quarterly tax periods ending March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, and June 30, 2009.

4. Petitioner KWANZA EDWARDS is and at all times herein was attempting in the course of authorized duties to have respondent produce for inspection, examination and copying by petitioner certain records possessed by respondent which are relevant and material to attempt to determine and collect the aforementioned federal tax liabilities of TIMOTHY L. SMITH for the periods stated in paragraph 3 above.

5. Respondent TIMOTHY L. SMITH's last known address is 444 Cavour Street, Oakland, California 94618, which is within the venue of this Court.

6. Petitioner KWANZA EDWARDS is informed and believes that said respondent is in possession and control of records, paper and other data regarding income and other matters covered by said petitioner's inquiry and to which petitioners do not otherwise have access, possession, or control.

7. On August 28, 2009, in accordance with law, Petitioner KWANZA EDWARDS served a summons on respondent TIMOTHY L. SMITH in respect to the subject matter described in paragraphs 3, 4, and 6 above, by leaving a copy of the summons at the last and usual place of abode of the respondent TIMOTHY L. SMITH. The requirements of said summons are self-explanatory, and a true copy thereof is attached hereto as Exhibit A and is hereby incorporated by reference as a part of this petition.

8. The items sought by the summons described in paragraph 7 above are relevant to and can reasonably be expected to assist in the determination and collection of the above-mentioned federal tax liabilities of TIMOTHY L. SMITH for the periods stated in paragraph 3 above. It was and now is essential to completion of petitioner's inquiry regarding the determination and collection of the above-mentioned federal tax liabilities

of TIMOTHY L. SMITH for the periods stated in paragraph 3 above that respondent produce the items described in the summons.

9. The respondent TIMOTHY L. SMITH did appear on September 14, 2009 as requested in the summons, however he did not provide the information requested in the summons.

10. By letter dated October 9, 2009, respondents TIMOTHY L. SMITH were provided with another opportunity to comply by appearing for an appointment with Petitioner KWANZA EDWARDS on October 29, 2009. See Exhibit B.

11. As of the date of this petition, respondent TIMOTHY L. SMITH has failed to comply with the summons.

12. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

13. There has been no referral to the Department of Justice for criminal prosecution of the matters described in the summons.

**WHEREFORE**, having stated in full their petition against the respondents, petitioners pray for enforcement of the subject summons as alleged and set forth above, as follows:

A. That the named respondent herein, TIMOTHY L. SMITH, be ordered to appear and show cause before this Court, if any, why he should not be compelled by this Court under 26 U.S.C. § 7604(a) to give such testimony and to produce the items described in the summons; and

B. That respondent be ordered by the Court to appear before the petitioner KWANZA EDWARDS, or any other designated agent, at a time and place directed by the Court and then and there give such testimony and produce the items described in the summons; and

//

//

//

1  C. That the Court grant the petitioner UNITED STATES OF AMERICA its
2  costs in this proceeding and such other and further relief as may be necessary and proper.

Respectfully submitted,

MELINDA HAAG
United States Attorney

THOMAS NEWMAN
Assistant United States Attorney
Tax Division

## VERIFICATION

I, KWANZA EDWARDS, pursuant to 28 U.S.C. § 1746, declare and state as follows:

I am a duly employed Revenue Officer in the Oakland, California office of the Internal Revenue Service of the United States Treasury Department. I am one of the petitioners making the foregoing petition. I have read and know the entire contents of the foregoing petition, and all statements of fact contained in said petition are true to the best of my own personal knowledge and recollection, and as to those facts stated upon information and belief, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/25/10__ at Oakland, California.

_K__
KWANZA EDWARDS

Verified Petition to Enforce
IRS Summons

5

# Summons

## Collection Information Statement

In the matter of  TIMOTHY L SMITH,  3427 MAGNOLIA ST,  OAKLAND, CA  94608
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF-EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** TIMOTHY SMITH
**At:** 444 CAVOUR ST,  OAKLAND, CA  94618

You are hereby summoned and required to appear before KWANZA EDWARDS, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 05/29/2009  To 08/26/2009

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

1301 CLAY STREET, OAKLAND, CA  94612  (510) 637-3128

Place and time for appearance: At  1301 CLAY STREET, OAKLAND, CA  94612

**IRS**

on the  14th  day of  September , 2009  at  8:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  27th  day of August , 2009

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

KWANZA EDWARDS
Signature of issuing officer

REVENUE OFFICER
Title

EXHIBIT A

Signature of approving officer *(if applicable)*
Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 8/28/09 | 1 pm |

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☑ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

| Signature | Title |
|---|---|
|  | Revenue Officer |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
|  | Revenu Officer |

Catalog No. 25000Q

Form **6637** (Rev. 10-2006)

## Attachment 1 to Summons Form 6637

In the matter of **TIMOTHY L SMITH**

Period information: Form 940 for the calendar period ending December 31, 2008 and Form 941 for the quarterly periods ending March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009 and June 30, 2009



OFFICE OF THE CHIEF COUNSEL

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
160 SPEAR STREET, 9TH FLOOR
SAN FRANCISCO, CA 94105
(415) 227-5168
FAX: (415) 227-5159

OCT 0 9 2009

CC:SB:7:SF:1:NDDoukas
GL-143743-09

Timothy Smith
444 Cavour Street
Oakland, CA 94618

Dear Mr. Smith:

Small Business/Self-Employed California Area Collection (Examination) of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summons served on you on August 27, 2009. Under the terms of the summons, you were required to appear before Revenue Officer Kwanza Edwards on September 14, 2009.

Legal proceedings may be brought against you in the United States District Court for not complying with this summons. To avoid such proceedings, you are to appear before Revenue Officer:

      Name: Kwanza Edwards
      Date: October 29, 2009
      Time: 11:00 a.m.
  Address: 1301 Clay Street, Suite 1040S
           Oakland, CA 94612



EXHIBIT B

INITIAL COPY